INGRAM v. SMITH
     No. 57 PC.

     Case below: 16 N.C. App. 147.

     Petition for writ of certiorari to North Carolina Court of Appeals denied 8 November 1972.

JONES v. DEVELOPMENT CO.
     No. 55 PC.

     Case below: 16 N.C. App. 80.

     Petition for writ of certiorari to North Carolina Court of Appeals denied 8 November 1972.

ORMOND v. CRAMPTON
     No. 60 PC.

     Case below: 16 N.C. App. 88.

     Petition for writ of certiorari to North Carolina Court of Appeals denied 8 November 1972.

PATRICK v. HURDLE
     No. 41 PC.

     Case below: 16 N.C. App. 28.

     Petition for writ of certiorari to North Carolina Court of Appeals denied 8 November 1972.

PEASELEY v. COKE CO.
     No. 37 PC.

     Case below: 15 N.C. App. 709.

     Petition for writ of certiorari to North Carolina Court of Appeals allowed 8 November 1972.